No. 6066.—HERNÁNDEZ, SÍNDICO DEL BANCO INDUSTRIAL DE PUERTO· RICO, apldo., *v.* VDA. DE RABELL, ET ALS., apltes.—C. D. San Juan. ▮▮▮▮▮ Julio 12, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con asistencia y audiencia de ambas partes, examinados la moción y la documentación· acompañadas a la misma, y el escrito de oposición, los autos y el alegato del apelante, *se desestima* por frívola la apelación interpuesta contra la sentencia en rebeldía registrada por el secretario de la Corte de Distrito de San Juan en 24 de marzo de 1932.

En los casos enumerados a continuación, no estando convencido el Tribunal ni apareciendo de los autos que los recursos fueran enteramente frívolos, la corte declaró *sin lugar* las mociones de desestimación interpuestas por los apelados:

Nos. 5911, 5889, 5932, 5860, 5859, 5806, 6037, 6001, 6057, 6106, 6024, 6025, 6070.

No. 6060.—ARGÜELLES, apldo., *v.* COSME, apltes.—C. D. Bayamón. ▮▮▮▮▮ Junio 8, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes; examinado el alegato del apelante; no apareciendo que la apelación sea enteramente frívola, ni que el escrito de apelación fuese radicado· fuera de tiempo; y habiendo los apelantes radicado su transcripción de autos antes de presentarse la moción sobre desestimación, *no ha lugar* la desestimación solicitada.

Los siguientes casos fueron también desestimados por no haberse radicado la transcripción de autos ·dentro del término:

Nos. 5938, 5885, 6085, 6105, 6090, 6133.